ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 12 2016
CLERK, U.S. DISTRICT COURT
By_____
        Deputy

| | | |
|---|---|---|
| LEWIS GULLATTE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-cv-00286-A |
| | § | |
| COMPANION PROPERTY & CASUALTY INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, LEWIS GULLATTE, and Defendant, COMPANION PROPERTY & CASUALTY INSURANCE COMPANY, have reached a settlement in this matter. The parties will submit an agreed motion of dismissal with prejudice within 60 days.

Respectfully submitted,

By: _____
Richard D. Daly
TBA No. 00796429
**RICHARD DALY LAW FIRM**
2211 Norfolk St., Suite 517
Houston, Texas 77098
(713) 655-1405
(713) 655-1587 (Fax)
rdaly@rdalylaw.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

**OF COUNSEL:**
James W. Willis
State Bar of Texas No. 24088654
DALY & BLACK, P.C.
2211 Norfolk Street, Suite 800
Houston, Texas 77098
713.655.1405—Telephone
713.655.1587—Fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served electronically upon all counsel of record in accordance with the Federal Rules of Civil Procedure day of July 11, 2016.

_____
Richard D. Daly